

October 31, 2025

*Via CM/ECF*
Hon. Michael J. Roemer
Magistrate Judge, United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York  14202

        Re:    *Casillo v Niagara County SPCA, et al.,*
               *1:25-cv-101*

Dear Judge Roemer,

    Please allow this to constitute Plaintiff's request to extend and modify the deadlines under the current Case Management Order (Dkt. 14), such that the deadlines will be extended by sixty (60) days.

    The parties are continuing to engage in discovery. Opposing counsel for the Defendants consents to this request, and I respectfully submit that there is good cause for this extension request. This is the first request for an extension of deadlines in this case.

    Thank you for your time and attention to this matter.

                                                      Sincerely,

                                                      ***Vincent T. Parlato***
                                                      Vincent T. Parlato, Esq.

cc:    Nelson Schule, Esq.